UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYLIN HARRIS,

      Plaintiff,                                    Case No. 2:25-cv-11243

v.                                                 Honorable Susan K. DeClercq
                                                     United States District Judge

EAGLE SECURITY SERVICE,

      Defendant.
_____/

**ORDER DIRECTING PLAINTIFF TO FILE SIGNED COMPLAINT AND TO CORRECT DEFICIENT APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS (ECF No. 2)**

On April 30, 2025, Plaintiff Jaylin Harris filed a pro se complaint against Eagle Security Service, alleging disability discrimination and retaliation in violation of the Americans with Disabilities Act and Michigan's Persons with Disabilities Civil Rights Act. ECF No. 1. However, Plaintiff did not sign the complaint. *Id*. at PageID.16. Under Civil Rule 11(a), a pro se pleading, motion, or other paper must be signed by the unrepresented party. If a complaint is unsigned, the Court must strike it, unless the party corrects the omission when directed to do so. *Id.* Accordingly, Plaintiff will be directed to re-file a signed Complaint. Failure to do so may result in this Court striking the Complaint and dismissing the case.

In addition to the Complaint, Plaintiff also filed an application to proceed without prepaying fees or costs. ECF No. 2. However, the application is deficient,

only stating "0" in response to every question, including those that asked for income, expenses, and debts. *Id.* However, Plaintiff alleges in the Complaint that he was employed by Defendant within the last 12 months but does not list any income received within the same time period. *Compare* ECF No. 1 at PageID.2 *with* ECF No. 2 at PageID.26. Accordingly, Plaintiff will also be directed to correct the deficiencies in his application to proceed without prepaying. Plaintiff must make a good-faith effort to fill out the application. An application that is either incomplete or completed only with zeroes or "not applicable" for every question will be denied.

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to re-file a signed complaint within 30 days. If Plaintiff does not, the Complaint, ECF No. 1, will be stricken for failure to comply with Civil Rule 11(a) and his case will be dismissed without prejudice,

Further, it is **ORDERED** that Plaintiff is **DIRECTED** to correct the deficiencies in his Application to Proceed without Prepaying Fees and Costs, ECF No. 2. If Plaintiff does not correct his application or pay the filing fee within 15 days of re-filing his signed complaint, the case will be dismissed for failure to prosecute.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  May 2, 2025