UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYLIN HARRIS,

    Plaintiff,

v.

EAGLE SECURITY SERVICE,

    Defendant.
_____/

Case No. 2:25-cv-11243

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (ECF No. 7) AND ADMINISTRATIVELY CLOSING THE CASE**

On April 30, 2025, Plaintiff Jaylin Harris filed a pro se complaint against Defendant Eagle Security Service, alleging disability discrimination and retaliation in violation of the Americans with Disabilities Act and Michigan's Persons with Disabilities Civil Rights Act. ECF No. 1. However, Plaintiff did not sign the Complaint. *Id*. at PageID.16. In addition to the Complaint, Plaintiff also filed an application to proceed without prepaying fees or costs. ECF No. 2. However, the application was deficient. *See id*. So, this Court entered an order striking the Complaint, directing Plaintiff to file a signed Complaint, and directing him to correct his deficient application. ECF No. 5.

In his attempt to comply with that order, Plaintiff filed a new Complaint and application, but they were filed and docketed as a new case and assigned a new case

number. *See Harris v. Eagle Security Service*, No. 2:25-cv-11321 (E.D. Mich), ECF Nos. 1; 2. A few days later, Harris then filed a letter in *this* case requesting that the this case be dismissed and that the matter be allowed to proceed under the second case number.[1] ECF No. 7.

Though not framed as a motion, this Court interprets Harris's filing as a motion for voluntary dismissal without prejudice under Civil Rule 41(a). And because Harris filed his motion before Defendant filed an appearance, let alone an answer or motion for summary judgment, he is entitled to dismissal under Civil Rule 41(a)(1)(A)(i). Further, as the Complaint in this matter was already stricken, all that actually remains is to administratively close the case. This Court will dismiss the above-captioned action without prejudice, and the case will proceed before this Court under case number 25-cv-11321.

---

[1] Plaintiff's letter also notes that the second case was assigned to Judge Laurie J. Michelson and thus requests that the case remain before her. ECF No. 7. However, the second case was reassigned to the undersigned under Local Rule 83.11. *See Harris v. Eagle Security Service*, No. 2:25-cv-11321 (E.D. Mich), ECF No. 11. So this Court will not reassign the matter.

## IV. CONCLUSION

Accordingly, it is **ORDERED** that Plaintiff's Motion to Voluntarily Dismiss, ECF No. 7, is **GRANTED.**

It is further **ORDERED** that the Clerk's Office is **DIRECTED** to administratively close the above-captioned case.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:   July 24, 2025